IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30780
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES RAY STEPHENS,

Defendant-Appellant.


--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CR-50020-ALL
--------------------

ON PETITION FOR REHEARING
February 6, 2002
Before KING, Chief Judge, and POLITZ and PARKER, Circuit Judges.

IT IS ORDERED that the "motion for reconsideration" is construed as a petition for rehearing and is GRANTED. See Fed. R. App. P. 40. A review of the pleading filed by Stephens in response to counsel's motion to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967), reveals no nonfrivolous issue for appeal. We decline to address the ineffective-assistance issue on direct appeal. See United States v. Pierce, 959 F.2d 1297, 1301 (5th Cir. 1992). Counsel's motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

ENTERED FOR THE COURT:


_____
UNITED STATES CIRCUIT JUDGE